UNITED STATES BANMKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2007 JAN 23 AM 10: 02

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------X

In re:

   VII HOLDINGS COMPANY,

       Debtor

Case No. 06-10935-BLS
Chapter 7 (Involuntary)

---------------------------------------X

### NOTICE OF APPEAL

Pursuant to the provisions of Fed. R. Bankr. P. 8001(a) and Loc. R. 8001-1(a), the undersigned hereby appeals the "Order Annulling Automatic Stay and Dismssing Involuntary Petition and Chapter 7 Case", dated January 12, 2007, Brendan L. Shannon, J., issued in the within captioned bankruptcy case to the United States Court of Appeals for the Third Circuit.

JOHN WILSON,

_____
John Wilson, PRO SE
196 West River Street
Date: January 20, 2007     Orange, MA   01364-1415

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> VII HOLDINGS COMPANY, ) <br> ) <br> Debtor. ) <br> ) <br> ) | Chapter 7 <br> Case No. 06-10935 (BLS) <br><br> Relates to D.I. 1, 9, 10, and 17 |

## ORDER ANNULLING AUTOMATIC STAY
## AND DISMISSING INVOLUNTARY PETITION AND CHAPTER 7 CASE

UPON CONSIDERATION of the Motion Of Southbridge Savings Bank For Entry Of An Order Granting Relief From The Automatic Stay *Nunc Pro Tunc* Or Alternatively, Dismissing The Case *Nunc Pro Tunc* and the Motion Of Cambridge Properties, LLC To Dismiss Involuntary Chapter 7 Petition *Nunc Pro Tunc* (the "Motions") and the record in this case; the Court finding for the reasons stated by the Court on the record at the hearing held in this case on January 12, 2006 that (i) good cause exists for the relief ordered herein pursuant to 11 U.S.C. §§ 303(i), 305(a)(1), 707(a) and 362(d), (ii) the involuntary petition in this case constitutes a bad faith filing within the meaning of 11 U.S.C. § 303(i), and (iii) adequate notice of the Motions has been provided; **IT IS HEREBY ORDERED** that :

1. The Motions be and hereby are GRANTED as set forth herein.

2. Pursuant to 11 U.S.C. § 362(d), the automatic stay of 11 U.S.C. § 362 is vacated and annulled for all purposes effective as of August 30, 2006, and the automatic stay that otherwise would have been applicable in this case has no force or effect, whether on the August 31, 2006 foreclosure sale of the Subject Property (as defined in the Motions) or otherwise.

3. Pursuant to 11 U.S.C. §§ 303(i), 305(a)(1) and 707(a), this chapter 7 case, and the involuntary petition filed in this case, are hereby DISMISSED, provided however, that the Court retains jurisdiction to enter such further orders as the Court may deem appropriate imposing sanctions on account of Petitioner John F. Wilson's bad-faith filing of the involuntary petition in this case.

4. Within five business days following entry of this Order, counsel for Southbridge and Cambridge may file under certification of counsel a statement of attorneys' fees and costs incurred in connection with this cases, a copy of which certification shall be mailed contemporaneously to John F. Wilson. Any objection to the reasonableness of such fees and costs shall be filed with the Court and served upon counsel to Southbridge Savings Bank and Cambridge Properties, LLC on or before the tenth day following the filing of such certification.

5. The stay of Federal Rule of Bankruptcy Procedure 4001(a)(3) shall be inapplicable to this order, and this order is effective immediately upon entry.

6. The Court retains jurisdiction to enter such further orders in aid of this Order as may be appropriate.

Dated: January 16, 2007

Brendan L. Shannon
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: __06-10935__    ●BK    ○AP
  If AP, related BK Case Number: _____

Title of Order Appealed:
_Order Annulling Automatic Stay and Dismissing Involuntary Petition and Chapter 7 Case_
  Docket Number: __20__    Date Entered: __1/16/2007__

Item Transmitted:  ● Notice of Appeal          ○ Motion for Leave to Appeal
                   ○ Amended Notice of Appeal  ○ Cross Appeal
  Docket Number: __23__    Date Filed: __1/23/2007__

*Appellant/Cross Appellant:                *Appellee/Cross Appellee
_John Wilson, pro se_                      _see attachment_
Counsel for Appellant:                     Counsel for Appellee:
_John Wilson, pro se_                      _see attachment_
_196 West River Street_
_Orange, MA  01364_
_978-544-6009_

*If additional room is needed, please attach a separate sheet.*

Filing Fee paid?    ●Yes    ○No

IFP Motion Filed by Appellant?    ○Yes    ● No

Have Additional Appeals to the Same Order been Filed?    ○Yes    ● No
   If so, has District Court assigned a Civil Action Number?    ○Yes  ○No   Civil Action # _____

Additional Notes:
 _Appellant did not file Designation of Items to be Included in the Record_

__2/8/2007__                               By: _M. Lopez_
Date                                            Deputy Clerk

FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: __07-03__
7/6/06

## ATTACHMENT

**Appellee/Cross Appellee:**

Cambridge Properties, LLC

Southbridge Savings Bank

**Counsel for Appellee:**

David M. Fournier

Pepper Hamilton LLP

Hercules Plaza, Suite 5100

1313 N. Market Street

Wilmington, DE 19801

(302) 777-6500

and

James T. Hargrove, Esq.

Peter D. Bilowz, Esq.

Goulston & Storrs, P.C.

400 Atlantic Avenue

Boston, Massachusetts 02110-3333

(617) 482-1776