February 23, 2007

Clerk's Office
United States District Court for
   the District of Delaware        VIA FEDERAL EXPRESS OVERNIGHT MAIL
844 N. King Street
Lockbox 18
Wilmington, DE   19801-3570

Re:  Wilson v. Cambridge Properties, LLC, et al;
     Case No. 07-cv-73-JJF
     (In re: VII Holdings Company;
     United States Bankruptcy Court for the District of Delaware
     Case No. 06-10935-BLS)

Dear Sir/Madam:

   Enclosed herewith for filing please find "Opposition of John Wilson to the Motion of Cambridge Properties, LLC and Southbridge Savings Bank for Order Exempting Appeal from Mediation Process and Dismissing Appeal", along with a certificate of service.
   Thank-you for your attention to this matter.

Very truly yours,

[signature]
John Wilson

cc:  file

     David M. Fournier, Esq w/enc.
     Office of the United States Trustee w/enc.
     VII Holdings Co. w/enc.
     enc.

FILED
FEB 2 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

