February 23, 2007

Clerk's Office
United States District Court for
    the District of Delaware    <u>**VIA FEDERAL EXPRESS OVERNIGHT MAIL**</u>
844 N. King Street
Lockbox 18
Wilmington, DE  19801-3570

Re:  Wilson v. Cambridge Properties, LLC, et al;
     Case No. 07-cv-73-JJF
     (In re: VII Holdings Company;
     United States Bankruptcy Court for the District of Delaware
     Case No. 06-10935-BLS)

Dear Sir/Madam:

    Pursuant to the provisions of Fed. R. Bankr. P. 8006, enclosed herewith for filing please find "Appellant's Designation of the Record on Appeal" in the above referenced civil appeal, along with a certificate of service.

    Thank-you for your attention to this matter.

Very truly yours,

*[signature]*

John Wilson

cc:  file

    David M. Fournier, Esq w/enc.
    VII Holdings Co. w/enc.
    enc.

FILED
FEB 2 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

