UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------X

In re:

      VII HOLDINGS COMPANY,

        Debtor

-------------------------------------X

JOHN WILSON,

      Appellant,

v.

CAMBRIDGE PROPERTIES, LLC and
SOUTHBRIDGE SAVINGS BANK,

      Appellees

-------------------------------------X

Bankr. Case No. 06-10935
Chapter 7 - (Involuntary)

Case No. 07-cv-73-JJF

FILED
FEB 2 6 2007

APPELLANT'S DESIGNATION OF THE
RECORD ON APPEAL

Pursuant to the provisions of Fed. R. Bankr. P. 8006, the Appellant, John Wilson, (hereinafter "Wilson"), hereby designates the record on appeal in the above captioned appeal:

1) Docket Entry No. $1^1$ – Chapter 7 Involuntary Petition – (8/30/06);

2) Docket Entry No. 9 - Motion to Dismiss Involuntary Chapter 7 Petition Nunc Pro Tunc by Cambridge Properties, LLC – (12/22/06);

3) Docket Entry No. 10 – Motion for Relief from the Automatic Stay Nunc Pro Tunc – (12/22/06);

4) Docket Entry No. 18 - Objection to/Opposition to Motion to Dismiss Involuntary Chapter 7 Petition Nunc Pro Tunc by John Wilson – (01/12/07);

5) Docket Entry No. 19 - Objection to/Opposition to Motion for Entry of an Order Granting Relief from the Automatic Stay Nunc Pro Tunc or Alternatively, Dismissing the Case Nunc Pro Tunc – (01/12/07);

---

[1]    All references to  'Docket Entry Nos.' herein are to the official docket record in the underlying  bankruptcy  case.

2

6) Docket Entry No. 20 - Order Annulling Automatic Stay and Dismissing Involuntary Petition and Chapter 7 Case – (01/16/07);

7) Docket Etnry No. 23 - Notice of Appeal by John Wilson to the United States District Court for the Third Circuit – (01/23/07).

Respectfully   submitted,

JOHN WILSON,

John Wilson, PRO SE
196 West River Street
Orange, MA    01364-1415

Date:    February 23, 2007

## CERTIFICATE OF SERVICE

I, John Wilson, hereby certify that on the 23rd. day of February, 2007, I served a copy of the within document via first class mail, postage prepaid, upon the following parties:

3

David M. Fournier, Esquire
PEPPER HAMILTON, LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington DE    19801-1709

COUNSEL FOR:

Appellees Cambridge Properties,
LLC and Southbridge Savings
Bank


VII Holdings Company[2]
2711 Centerville Road – Suite 400
Wilmington, DE    19808

(Alleged) Debtor


_____

John Wilson


_____

[2]    It should be noted here that Wilson has corrected herein the [alleged] debtor's address from the address set forth in past certificates of service filed in the underlying bankruptcy case with the United States Bankruptcy Court for the District of Delaware, to wit: from "2700 Centerville Road – Suite 400, Wilmington, DE 19808" to the [alleged] debtor's correct address: "2711 Centerville Road – Suite 400, Wilmington, DE 19808".

Notwithstanding the foregoing, Wilson states that he has never received any of his past filings back from the [alleged] debtor via the postal authorities or otherwise and thus it is presumed that all such filings have been received by the [alleged] debtor.

