IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Involuntary Chapter 7 |
| | ) | |
| VII HOLDINGS COMPANY | ) | Bankr. Case No. 06-10935 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| JOHN WILSON, | ) | |
| Appellant | ) | |
| v. | ) | Civil Action No. 07-73 (JJF) |
| | ) | |
| CAMBRIDGE PROPERTIES LLC, and | ) | |
| SOUTHBRIDGE SAVINGS BANK | ) | |
| | ) | |
| Appellees | ) | |
| | ) | |

## REQUEST FOR ORAL ARGUMENT

Cambridge Properties, LLC ("Cambridge") and Southbridge Savings Bank ("Southbridge" and together with Cambridge, the "Appellees") hereby respectfully request oral argument on the Motion of Cambridge Properties, LLC and Southbridge Savings Bank For Order Exempting Appeal From Mediation Process And Dismissing Appeal (the "Motion") pursuant to D. Del. LR 7.1.4.

Date: March 1, 2007
      Wilmington, DE

PEPPER HAMILTON LLP

 /s/ Evelyn J. Meltzer
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 777-6500

- and -

#8370769 v2

James T. Hargrove, Esq. (BBO # 550975)
Peter D. Bilowz, Esq. (BBO # 651383)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
Telephone: (617) 482-1776
Facsimile: (617) 574-7621

Attorneys for Cambridge Properties, LLC
and Southbridge Savings Bank

**CERTIFICATE OF SERVICE**

  I, Evelyn J. Meltzer, hereby certify that on the 1st day of March, 2007, I caused the foregoing **Request for Oral Argument** to be served upon the following parties by U.S. Mail, first class, postage pre-paid:

VII Holdings Company
2711 Centerville Road, Suite 400
Wilmington, DE  19805

John Wilson
196 West River Street
Orange, MA  01364

David Buchbinder, Esquire
Office of the United States Trustee
844 King Street
Room 2207
Wilmington, DE  19899-0035

                 /s/ Evelyn J. Meltzer
                 Evelyn J. Meltzer

#8370920 v1