IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Involuntary Chapter 7 |
| | ) | |
| VII HOLDINGS COMPANY | ) | Bankr. Case No. 06-10935 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| JOHN WILSON, | ) | |
| Appellant | ) | |
| v. | ) | Civil Action No. 07-73 (JJF) |
| | ) | |
| CAMBRIDGE PROPERTIES LLC, and | ) | |
| SOUTHBRIDGE SAVINGS BANK | ) | |
| | ) | |
| Appellees | ) | **Related Docket No. 11** |
| | ) | |

## DECLARATION OF SERVICE

I, David M. Fournier, hereby declare that on the 7th day of March, 2007, I caused the following to be served upon the attached service list by first class mail.

**Memorandum Order (Docket No. 11)**

Dated:  March 6, 2007
Wilmington, DE

PEPPER HAMILTON LLP

  /s/ David M. Fournier
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 777-6500

- and -

James T. Hargrove, Esq. (BBO # 550975)
Peter D. Bilowz, Esq. (BBO # 651383)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
Telephone: (617) 482-1776
Facsimile: (617) 574-7621

Attorneys for Cambridge Properties, LLC
and Southbridge Savings Bank

VII Holdings Company
2711 Centerville Road, Suite 400
Wilmington, DE  19805

John Wilson
196 West River Street
Orange, MA  01364

David Buchbinder, Esquire
Office of the United States Trustee
844 King Street
Room 2207
Wilmington, DE  19899-0035