UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

-----------------------------------------------X

In re:

    VII HOLDINGS COMPANY,                   Bankr. Case No. 06-10935
                                                          Chapter 7 - (Involuntary)

    Debtor

-----------------------------------------------X

JOHN WILSON,

    Appellant,

v.                                                        Case No. 07-cv-73-JJF

CAMBRIDGE PROPERTIES, LLC and
SOUTHBRIDGE SAVINGS BANK,

    Appellees

-----------------------------------------------X

EMERGENCY MOTION OF JOHN WILSON TO ENLARGE
TIME FOR FILING HIS OPENING BRIEF AND RECORD
<u>APPENDIX</u>

COMES NOW the Appellant, John Wilson, (hereinafter "Wilson"), and hereby moves this Honorable Court to enlarge the time for filing his

Additionally, Wilson has only just returned to work after many months recovering from an ankle/foot injury. He must now balance his work schedule with his obligation to prepare his Opening Brief and assemble the Record Appendix. Since he did not object to the elimination of the mandatory mediation process which in and of itself would have taken some time, Wilson requests that this Court add the time it would have taken to go through the mediation process to his time to file his Opening Brief and Record Appendix. No prejudice shall befall either of the Appellees to this appeal if such request is allowed as there is no stay in effect relative to the Order [of Dismissal] below and Wilson has not requested that this Court review the matter and issue such a stay.

Finally, were this a state court appeal, Wilson notes that he would have been initially allotted forty (40) days within which to file his Opening Brief and Record Appendix.

WHEREFORE, given all of the foregoing, Wilson prays that the time for filing his Opening Brief and Record Appendix be enlarged from March 22, 2007 up to and inclusive of May 1, 2007, and for such other and further relief as this Honorable Court deems just and meet.

Respectfully submitted,

JOHN WILSON,

_____
John Wilson, PRO SE
196 West River Street
Orange, MA   01364-1415


Date:   March 17, 2007


## CERTIFICATE OF SERVICE

I, John Wilson, hereby certify that on the 17th. day of March, 2007, I served a copy of the within document via first class mail, postage prepaid, upon the following parties:

| | |
|---|---|
| David M. Fournier, Esquire<br>PEPPER HAMILTON, LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington DE   19801-1709 | COUNSEL FOR:<br><br>Appellees Cambridge Properties, LLC and Southbridge Savings Bank |

4

VII Holdings Company                    (Alleged) Debtor
2711 Centerville Road – Suite 400
Wilmington, DE   19808

```
                          _____/s/_____
                              John Wilson
```

## FedEx US Airbill

FedEx Tracking Number: 8589 1551 6214

**1 From**
Date: 03/19/07
Sender's Name: John Wilson
Phone: 918 544-6009

Address: 910 West River Street
City: Oasuise  State: WA  ZIP: 01364-1415

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: Clerks Office (U.S. District Court for Dist. of Delaware)

Address: 844 N. King Street - Lockbox 18
City: Wilmington  State: DE  ZIP: 19801-3570

**4a Express Package Service**
☒ FedEx Priority Overnight

**4b Express Freight Service**

**5 Packaging**
☒ FedEx Envelope

**6 Special Handling**

**7 Payment** Bill to:
☒ Sender

Total Packages: 1
Total Weight: 
Total Declared Value: $ .00

**8 NEW Residential Delivery Signature Options**

8589 1551 6214

March 17, 2007

Clerk's Office
United States District Court for
    the District of Delaware    <u>VIA FEDERAL EXPRESS OVERNIGHT MAIL</u>
844 N. King Street
Lockbox 18
Wilmington, DE   19801-3570

Re:  Wilson v. Cambridge Properties, LLC, et al;
      Case No. 07-cv-73-JJF
      (In re: VII Holdings Company;
      United States Bankruptcy Court for the District of Delaware
      Case No. 06-10935-BLS)

Dear Sir/Madam:

    Enclosed herewith for filing please find "Emergency Motion of John Wilson to Enlarge Time for Filing his Opening Brief and Record Appendix", along with a certificate of service.
    Thank-you for your attention to this matter.

Very truly yours,

John Wilson

cc:  file

      David M. Fournier, Esq w/enc.
      Office of the United States Trustee w/enc.
      VII Holdings Co. w/enc.

      enc.

FedEx US Airbill (handwritten, rotated)

**1 From**
Date: 03/19/07
Sender's Name: John Wilson
Phone: 978 544-6009
Address: 10 West River Street
City: Orange   State: MA   ZIP: 01364
Your Internal Billing Reference: 1415

**3 To**
Recipient's Name: Clerks Office
Company: U.S. District Court for Dist. of Delaware
Address: 844 N. King Street - Lockbox 18
         1801 — 3570
City: Wilmington   State: DE   ZIP: 19801

FedEx Tracking Number: 8589 1551 6214

4a: FedEx Priority Overnight (checked)
5: FedEx Envelope (checked)
7 Payment: Third Party (checked)
Total Packages: 1
Total Weight: 0.5
Total Declared Value: $.00
8: No Signature Required (checked)