UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| IN RE: | : |
| | : Involuntary Chapter 7 |
| VII HOLDINGS COMPANY, | : |
| | : Bankr. Case No. 06-10935 |
| Debtor. | : |
| | : |
| JOHN WILSON, | : |
| | : |
| Appellant, | : |
| | : |
| v. | : Civil Action No. 07-73-JJF |
| | : |
| CAMBRIDGE PROPERTIES, LLC and | : |
| SOUTHBRIDGE SAVINGS BANK, et al.: | |
| | : |
| Appellees. | : |

### O R D E R

WHEREAS, Appellant John Wilson has filed an Emergency Motion To Enlarge Time For Filing His Opening Brief and Record Appendix (D.I. 13);

WHEREAS, Appellees have not objected to the Appellant's request for an extension of time;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Appellant's Emergency Motion To Enlarge Time For Filing His Opening Brief and Record Appendix (D.I. 13) is **GRANTED**.

2. Appellant's Opening Brief and Appendix shall be filed no later than **Friday, May 18, 2007.**

May 3, 2007
DATE

UNITED STATES DISTRICT JUDGE