```
                UNITED STATES COURT OF APPEALS
                     FOR THE THIRD CIRCUIT
```

IN RE:                              :
                                    : Involuntary Chapter 7
VII HOLDINGS COMPANY,               :
                                    : Bankr. Case No. 06-10935
        Debtor.                     :
_____:_____
                                    :
JOHN WILSON,                        :
                                    :
        Appellant,                  :
                                    :
        v.                          : Civil Action No. 07-73-JJF
                                    :
CAMBRIDGE PROPERTIES, LLC and       :
SOUTHBRIDGE SAVINGS BANK, et al.:
                                    :
        Appellees.                  :

## O R D E R

WHEREAS, Appellant John Wilson has filed an Emergency Motion To Enlarge Time For Filing His Opening Brief and Record Appendix (D.I. 13);

WHEREAS, the Court granted Appellant's request for an extension of time and ordered Appellant to file his Opening Brief no later than Friday, May 18, 2007;

WHEREAS, to date Appellant has not filed his Opening Brief;

WHEREAS, the Court may dismiss an action for failure to file an Opening Brief pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1); see Jewelcor, Inc. v. Asia Commercial Co., 11 F.3d 394, 397 (3d Cir. 1993);

NOW THEREFORE, IT IS HEREBY ORDERED that Appellant is required to file his Opening Brief in connection with his appeal

within fifteen (15) days of the date of this Order. FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN THE DISMISSAL OF THIS ACTION.

May 31, 2007
DATE

[signature]
UNITED STATES DISTRICT JUDGE