IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Involuntary Chapter 7 |
| VII HOLDINGS COMPANY, | : |
| | : Bankr. Case No. 06-10935 |
| Debtor. | : |
| _____ | :_____ |
| | : |
| JOHN WILSON, | : |
| | : |
| Appellant, | : |
| | : |
| v. | : Civil Action No. 07-73-JJF |
| | : |
| CAMBRIDGE PROPERTIES, LLC and | : |
| SOUTHBRIDGE SAVINGS BANK, et al.: | |
| | : |
| Appellees. | : |

### O R D E R

At Wilmington, this 13 day of July 2007, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the above-captioned action is **DISMISSED** with prejudice.

_____
UNITED STATES DISTRICT JUDGE